ACCO,(JDEx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
### CIVIL DOCKET FOR CASE #: 8:21−cv−00783−DOC−JDE

| | |
|---|---|
| Paul Sapan v. Benefytt Technologies, Inc. et al | Date Filed: 04/26/2021 |
| Assigned to: Judge David O. Carter | Date Terminated: 02/01/2022 |
| Referred to: Magistrate Judge John D. Early | Jury Demand: Plaintiff |
| Cause: 47:227 Restrictions of Use of Telephone Equipment | Nature of Suit: 485 Telephone Consumer Protection Act (TCPA) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Paul Sapan**　　　　　　　　　　　　　represented by　**Christopher J Reichman**
*individually and on Behalf of All Others*　　　　　　　　　　Prato and Reichman APC
*Similarly Situated*　　　　　　　　　　　　　　　　　　　8555 Aero Drive Suite 303
　　　　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92123
　　　　　　　　　　　　　　　　　　　　　　　　　　　619−683−7971
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 619−241−8309
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: chrisr@prato−reichman.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Justin Prato**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Prato and Reichman APC
　　　　　　　　　　　　　　　　　　　　　　　　　　　8555 Aero Drive Suite 303
　　　　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92123
　　　　　　　　　　　　　　　　　　　　　　　　　　　619−886−0252
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 619−241−8309
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: justinp@prato−reichman.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Benefytt Technologies, Inc.**　　　　　　　represented by　**Michael Dietz Roth**
*a Delaware Corporation*　　　　　　　　　　　　　　　　King and Spalding LLP
*formerly known as*　　　　　　　　　　　　　　　　　　633 West Fifth Street Suite 1600
Health Insurance Innovations, Inc.　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　　　　　　213−443−4355
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 213−443−4310
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mroth@kslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Danielle Chattin**
　　　　　　　　　　　　　　　　　　　　　　　　　　　King and Spalding LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　1180 Peachtree Street NE Suite 1700
　　　　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　　　　　　　　404−572−4600
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 404−572−5100
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dchattin@kslaw.com

PRO HAC VICE
ATTORNEY TO BE NOTICED

**David L. Balser**
King and Spalding LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
404−572−4600
Fax: 404−572−5100
Email: dbalser@kslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary A. McEntyre**
King and Spalding LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
404−572−4600
Fax: 404−572−5100
Email: zmcentyre@kslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Congress of Employers, Inc.**<br>*a Delaware Corporation* | represented by | **Barton Hull Hegeler**<br>Hegeler and Anderson APC<br>4660 La Jolla Village Drive Suite 670<br>San Diego, CA 92122<br>858−597−9975<br>Fax: 858−452−1491<br>Email: bartonhegeler@hegeler−anderson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cassandra Rose Dougherty**<br>Hegeler and Anderson APC<br>4660 La Jolla Village Drive Suite 670<br>San Diego, CA 92122<br>858−597−9975<br>Fax: 858−452−1491<br>Email: cdougherty@hegeler−anderson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Storm P Anderson**<br>Hegeler and Anderson APC<br>4660 La Jolla Village Drive Suite 670<br>San Diego, CA 92122<br>858−597−9975<br>Fax: 858−452−1491<br>Email: stormanderson@hegeler−anderson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **Keshav Suresh Nair**<br>Hegeler and Anderson<br>4660 La Jolla Village Drive Suite 670<br>San Diego, CA 92122<br>858−597−9975<br>Fax: 858−452−1491<br>Email: knair@hegeler−anderson.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Donisi Jax, Inc.**<br>*a Florida Corporation*<br>*also known as*<br>Nationwide Health Advisors | represented by | **Elizabeth Kimball Key**<br>Nossaman LLP<br>50 California Street Floor 34<br>San Francisco, CA 94111<br>415−218−6982<br>Fax: 916−442−0382<br>Email: ekey@nossaman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jennifer L Meeker**<br>Nossaman LLP<br>777 South Figueroa Street 34th Floor<br>Los Angeles, CA 90017<br>213−612−7800<br>Fax: 213−612−7801<br>Email: jmeeker@nossaman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Helping Hand Health Group, Inc.**
*a Florida Corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2021 | Ï 1 | COMPLAINT Receipt No: ACACDC−31186619 – Fee: $402, filed by Plaintiff Paul Sapan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Attorney Christopher J Reichman added to party Paul Sapan(pty:pla))(Reichman, Christopher) (Entered: 04/26/2021) |
| 04/26/2021 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Paul Sapan. (Reichman, Christopher) (Entered: 04/26/2021) |
| 04/26/2021 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Paul Sapan. (Attachments: # 1 Summons Attachment)(Reichman, Christopher) (Entered: 04/26/2021) |
| 04/26/2021 | Ï 4 | CERTIFICATE of Interested Parties filed by Plaintiff Paul Sapan, (Reichman, Christopher) (Entered: 04/26/2021) |
| 04/28/2021 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge David O. Carter and Magistrate Judge John D. Early. (ghap) (Entered: 04/28/2021) |

| | | |
|---|---|---|
| 04/28/2021 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (ghap) (Entered: 04/28/2021) |
| 04/28/2021 | Ï 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Benefytt Technologies, Inc., Donisi Jax, Inc., Helping Hand Health Group, Inc., National Congress of Employers, Inc. (ghap) (Entered: 04/28/2021) |
| 04/30/2021 | Ï 8 | INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER. (kd) (Entered: 04/30/2021) |
| 05/25/2021 | Ï 9 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Paul Sapan. upon Benefytt Technologies, Inc. waiver sent by Plaintiff on 5/18/2021, answer due 7/19/2021. Waiver of Service signed by Attorney Michael D. Roth. (Reichman, Christopher) (Entered: 05/25/2021) |
| 05/25/2021 | Ï 10 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Paul Sapan. upon Donisi Jax, Inc. waiver sent by Plaintiff on 5/18/2021, answer due 7/19/2021. Waiver of Service signed by Attorney Jennifer L. Meeker. (Reichman, Christopher) (Entered: 05/25/2021) |
| 05/25/2021 | Ï 11 | NOTICE of Appearance filed by attorney Michael Dietz Roth on behalf of Defendant Benefytt Technologies, Inc. (Attorney Michael Dietz Roth added to party Benefytt Technologies, Inc.(pty:dft))(Roth, Michael) (Entered: 05/25/2021) |
| 06/22/2021 | Ï 12 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Paul Sapan. upon National Congress of Employers, Inc. waiver sent by Plaintiff on 6/21/2021, answer due 8/20/2021. Waiver of Service signed by Attorney Cassandra R. Dougherty. (Reichman, Christopher) (Entered: 06/22/2021) |
| 06/29/2021 | Ï 13 | PROOF OF SERVICE Executed by Plaintiff Paul Sapan, upon Defendant Helping Hand Health Group, Inc. served on 6/18/2021, answer due 7/9/2021. Service of the Summons and Complaint were executed upon Amit Patel, PMB Manager, in compliance with California Code of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons returned. (Reichman, Christopher) (Entered: 06/29/2021) |
| 06/30/2021 | Ï 14 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Service of Summons and Complaint Returned Executed (21 days), 13 . The following error(s) was/were found: Title page is missing. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (twdb) (Entered: 06/30/2021) |
| 07/15/2021 | Ï 15 | STIPULATION for Extension of Time to File Answer to August 20, 2021 filed by Defendant Benefytt Technologies, Inc.. (Attachments: # 1 Proposed Order)(Roth, Michael) (Entered: 07/15/2021) |
| 07/16/2021 | Ï 16 | ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS 15 by Judge David O. Carter, the Parties' Stipulation is GRANTED. Defendants Benefytt Technologies, Inc., and Donisi Jax, Inc., will respond to Plaintiff's Complaint no later than 8/20/2021 (jp) (Entered: 07/16/2021) |
| 08/10/2021 | Ï 17 | First STIPULATION for Extension of Time to File as to Complaint (Attorney Civil Case Opening), 1 filed by Defendant National Congress of Employers, Inc.. (Attachments: # 1 Proposed Order Proposed Order Granting Stipulation to Respond)(Dougherty, Cassandra) (Entered: 08/10/2021) |
| 08/10/2021 | Ï 18 | ORDER by Judge David O. Carter, Granting Stipulation for Extension of Time to File Response to Complaint 17 . Defendants Benefytt Technologies, Inc. answer due 9/20/2021; Donisi Jax, Inc. answer due 9/20/2021; National Congress of Employers, Inc. answer due 9/20/2021. (twdb) (Entered: 08/10/2021) |
| 08/18/2021 | Ï 19 | |

| | | |
|---|---|---|
| | | APPLICATION of Non–Resident Attorney Danielle Chattin to Appear Pro Hac Vice on behalf of Defendant Benefytt Technologies, Inc. (Pro Hac Vice Fee – $500.00 Previously Paid on 8/18/2021, Receipt No. 31831887) filed by Defendant Benefytt Technologies, Inc.. (Attachments: # 1 Exhibit A: Georgia Certificate of Good Standing, # 2 Exhibit B: New York Certificate of Good Standing, # 3 Proposed Order) (Roth, Michael) (Entered: 08/18/2021) |
| 08/25/2021 | 20 | ORDER by Judge David O. Carter: Granting 19 Non–Resident Attorney Danielle Chattin APPLICATION to Appear Pro Hac Vice on behalf of Benefytt Technologies, Inc., Defendant, designating Michael D. Roth as local counsel. (twdb) (Entered: 08/26/2021) |
| 09/15/2021 | 21 | STIPULATION for Extension of Time to File Answer to 10/20/2021 re Complaint (Attorney Civil Case Opening), 1 filed by defendant Donisi Jax, Inc.. (Attachments: # 1 Proposed Order)(Meeker, Jennifer) (Entered: 09/15/2021) |
| 09/17/2021 | 22 | ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS 21 by Judge David O. Carter. Defendants National Congress of Employers, Benefytt Technologies, Inc., and Donisi Jax, Inc. will respond to Plaintiffs Complaint no later than October 20, 2021. (iv) (Entered: 09/17/2021) |
| 10/15/2021 | 23 | STIPULATION for Extension of Time to File Answer to November 22, 2021 filed by Defendant Benefytt Technologies, Inc.. (Attachments: # 1 Proposed Order)(Roth, Michael) (Entered: 10/15/2021) |
| 10/20/2021 | 24 | ORDER Granting Stipulation to Extend Time to Answer (More than 30 days) 23 ,by Judge David O. Carter. Defendants Benefytt Technologies, Inc. answer due 11/22/2021; Donisi Jax, Inc. answer due 11/22/2021; National Congress of Employers, Inc. answer due 11/22/2021 (twdb) (Entered: 10/20/2021) |
| 11/10/2021 | 25 | MINUTE ORDER (IN CHAMBER) ORDER TO SHOW CAUSE by Judge David O. Carter. SEE DOCUMENT FOR FURTHER INFORMATION. Show Cause Hearing set for 11/19/2021 AT 07:30 AM before Judge David O. Carter. (twdb) (Entered: 11/12/2021) |
| 11/15/2021 | 26 | FIRST AMENDED COMPLAINT against Defendants All Defendants amending Complaint (Attorney Civil Case Opening), 1 , filed by Plaintiff Paul Sapan (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Reichman, Christopher) (Entered: 11/15/2021) |
| 11/16/2021 | 27 | PROOF OF SERVICE filed by Plaintiff Paul Sapan, re Amended Complaint/Petition, 26 served on 11/15/2021 and 11/16/2021. (Reichman, Christopher) (Entered: 11/16/2021) |
| 11/17/2021 | 28 | Proof of Attorney Admission filed by Defendant National Congress of Employers, Inc. *(for Barton H. Hegeler, Esq. (090415)* re: Order to Show Cause 25 (Dougherty, Cassandra) (Entered: 11/17/2021) |
| 11/17/2021 | 29 | SCHEDULING NOTICE by Judge David O. Carter: The Court is in receipt of the Proof of Attorney Admission for Barton H. Hegeler 28 , the Order to Show Cause hearing set for 11/19/2021 at 7:30 a.m. is hereby discharged and no appearances are necessary for this hearing. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kdu) TEXT ONLY ENTRY (Entered: 11/17/2021) |
| 11/24/2021 | 30 | APPLICATION of Non–Resident Attorney Zachary A. McEntyre to Appear Pro Hac Vice on behalf of Defendant Benefytt Technologies, Inc. (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–32382168) filed by Defendant Benefytt Technologies, Inc.. (Attachments: # 1 Proposed Order) (Roth, Michael) (Entered: 11/24/2021) |
| 11/24/2021 | 31 | APPLICATION of Non–Resident Attorney David L. Balser to Appear Pro Hac Vice on behalf of Defendant Benefytt Technologies, Inc. (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. |

| | | |
|---|---|---|
| | | ACACDC–32382394) filed by Defendant Benefytt Technologies, Inc.. (Attachments: # 1 Proposed Order) (Roth, Michael) (Entered: 11/24/2021) |
| 11/29/2021 | 32 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by defendant Donisi Jax, Inc.. Motion set for hearing on 1/31/2022 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Declaration of Evan Jaxtheimer in Support of Defendant Donisi Jax, Inc.'s Motion to Dismiss, # 2 Declaration of Jennifer L. Meeker in Support of Defendant Donisi Jax, Inc.'s Motion to Dismiss, # 3 Declaration of Melanie Gorscak in Support of Defendant Donisi Jax, Inc.'s Motion to Dismiss) (Meeker, Jennifer) (Entered: 11/29/2021) |
| 11/29/2021 | 33 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 32 filed by Defendant Donisi Jax, Inc.. (Meeker, Jennifer) (Entered: 11/29/2021) |
| 11/29/2021 | 34 | NOTICE OF LODGING filed re NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 32 (Attachments: # 1 Proposed Order Granting Defendant Donisi Jax, Inc.'s Motion to Dismiss)(Meeker, Jennifer) (Entered: 11/29/2021) |
| 11/29/2021 | 35 | NOTICE OF MOTION AND MOTION to Dismiss Defendant Benefytt Technologies, Inc. *Defendant Benefytt Technologies, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's First Amended Class Action Complaint* filed by Defendant Benefytt Technologies, Inc.. (Roth, Michael) (Entered: 11/29/2021) |
| 11/29/2021 | 36 | NOTICE OF LODGING filed *Notice of Lodging Proposed Order Granting Defendant Benefytt Technologies, Inc.'s Motion to Dismiss* re NOTICE OF MOTION AND MOTION to Dismiss Defendant Benefytt Technologies, Inc. *Defendant Benefytt Technologies, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's First Amended Class Action Complaint* 35 (Attachments: # 1 Proposed Order)(Roth, Michael) (Entered: 11/29/2021) |
| 11/29/2021 | 37 | NOTICE OF MOTION AND MOTION to Dismiss Defendant National Congress of Employers, Inc. , NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by Defendant National Congress of Employers, Inc.. (Attachments: # 1 Proposed Order Proposed Order Granting National Congress of Employers, Inc.'s Motion to Dismiss) (Dougherty, Cassandra) (Entered: 11/29/2021) |
| 11/30/2021 | 38 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non−Resident Attorney Zachary A. McEntyre to Appear Pro Hac Vice on behalf of Defendant Benefytt Technologies, Inc. (Pro Hac Vice Fee − $500 Fee Paid, Receipt No. ACACDC−32382168) 30 , APPLICATION of Non−Resident Attorney David L. Balser to Appear Pro Hac Vice on behalf of Defendant Benefytt Technologies, Inc. (Pro Hac Vice Fee − $500 Fee Paid, Receipt No. ACACDC−32382394) 31 . The following error(s) was/were found: Local Rule 5−4.3.4 Application not hand−signed. Other error(s) with document(s): The attorney seeking to appear pro hac vice must complete Section 1 of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sing in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. See Instructions for Applicants (1) (G−64). (lt) (Entered: 11/30/2021) |
| 12/01/2021 | 39 | ORDER by Judge David O. Carter: Granting 30 Non−Resident Attorney Zachary A. McEntyre APPLICATION to Appear Pro Hac Vice on behalf of Benefytt Technologies, Inc. Defendant, designating Michael D. Roth as local counsel. (twdb) (Entered: 12/01/2021) |
| 12/01/2021 | 40 | ORDER by Judge David O. Carter: Granting 31 Non−Resident Attorney David L. Belser APPLICATION to Appear Pro Hac Vice on behalf of Benefytt Technologies, Inc. Defendant, designating Michael D. Roth as local counsel. (twdb) (Entered: 12/01/2021) |
| 12/10/2021 | 41 | TEXT ONLY ENTRY by Judge David O. Carter. The Court sets an in−person Status Conference for DECEMBER 14, 2021, at 3:00 p.m. All persons, parties, clients, and individuals with settlement |

| | | |
|---|---|---|
| | | authority, are ordered to be present for this hearing. Counsel shall appear in Courtroom 9D. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 12/10/2021) |
| 12/13/2021 | 42 | NOTICE of Appearance filed by attorney Keshav Suresh Nair on behalf of Defendant National Congress of Employers, Inc. (Attorney Keshav Suresh Nair added to party National Congress of Employers, Inc.(pty:dft))(Nair, Keshav) (Entered: 12/13/2021) |
| 12/13/2021 | 43 | REQUEST for Leave of Party Representative, Chris Sabatella to Appear for Status Hearing Remotely filed by defendant National Congress of Employers, Inc.. Request set for hearing on 12/14/2021 at 03:00 PM before Judge David O. Carter. (Attachments: # 1 Declaration Declaration of Keshav S. Nair, Esq., # 2 Proposed Order) (Nair, Keshav) (Entered: 12/13/2021) |
| 12/13/2021 | 44 | SCHEDULING NOTICE by Judge David O. Carter Status Conference set for 12/14/2021 has been ADVANCED to 01:30 PM before Judge David O. Carter. **TIME CHANGE ONLY**THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kdu) TEXT ONLY ENTRY (Entered: 12/13/2021) |
| 12/13/2021 | 45 | AMENDED SCHEDULING NOTICE by Judge David O. Carter Status Conference set for 12/14/2021 has been ADVANCED to 01:00 PM before Judge David O. Carter. **TIME CHANGE ONLY**THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kdu) TEXT ONLY ENTRY (Entered: 12/13/2021) |
| 12/13/2021 | 46 | ORDER GRANTING DEFENDANT NATIONAL CONGRESS OF EMPLOYERS, INC.S MOTION REQUESTING REMOTE APPEARANCE AT STATUS CONFERENCE FOR OUT–OF–STATE PARTY REPRESENTATIVE, CHRIS SABATELLA 43 by Judge David O. Carter: Granting 43 Motion for Leave to Appear for Defendant National Congress of Employers, Inc. SEE DOCUMENT FOR FURTHER INFORMATION. (twdb) (Entered: 12/13/2021) |
| 12/13/2021 | 47 | NOTICE OF ERRATA filed by Defendant Benefytt Technologies, Inc.. correcting NOTICE OF MOTION AND MOTION to Dismiss Defendant Benefytt Technologies, Inc. *Defendant Benefytt Technologies, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's First Amended Class Action Complaint* 35 (Attachments: # 1 Exhibit A)(Roth, Michael) (Entered: 12/13/2021) |
| 12/13/2021 | 48 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Benefytt Technologies, Inc. identifying Daylight Beta Parent Corp. as Corporate Parent. (Roth, Michael) (Entered: 12/13/2021) |
| 12/13/2021 | 49 | CERTIFICATE of Interested Parties filed by Defendant Benefytt Technologies, Inc., identifying Daylight Beta Parent Corp., Allianz Global Corporate & Specialty, National Congress of Employers, Inc., Donisi Jax, Inc., Helping Hand Health Group, Inc., Benefytt Technologies, Inc.. (Roth, Michael) (Entered: 12/13/2021) |
| 12/13/2021 | 50 | NOTICE of Pendency of Other Case (L.R. 83–1.4) filed by Defendant Benefytt Technologies, Inc.. (Roth, Michael) (Entered: 12/13/2021) |
| 12/14/2021 | 51 | SCHEDULING NOTICE by Judge David O. Carter Status Conference set for 12/14/2021 has been RESCHEDULED to 03:00 PM before Judge David O. Carter. **TIME CHANGE ONLY**THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kdu) TEXT ONLY ENTRY (Entered: 12/14/2021) |
| 12/14/2021 | 52 | CORPORATE DISCLOSURE STATEMENT filed by Defendant National Congress of Employers, Inc. identifying N/A as Corporate Parent. (Nair, Keshav) (Entered: 12/14/2021) |
| 12/14/2021 | 53 | CERTIFICATE of Interested Parties filed by Defendant National Congress of Employers, Inc., identifying National Congress of Employers, Inc.. (Nair, Keshav) (Entered: 12/14/2021) |
| 12/14/2021 | 54 | |

| | | |
|---|---|---|
| | | CORPORATE DISCLOSURE STATEMENT filed by Defendant Donisi Jax, Inc. identifying N/A as Corporate Parent. (Meeker, Jennifer) (Entered: 12/14/2021) |
| 12/14/2021 | 55 | CERTIFICATE of Interested Parties filed by Defendant Donisi Jax, Inc., identifying Donisi Jax, Inc., National Congress of Employers, Inc., Benefytt Technologies, Inc., Helping Hand Health Group, Inc., Paul Sapan. (Meeker, Jennifer) (Entered: 12/14/2021) |
| 12/14/2021 | 56 | NOTICE OF ERRATA filed by Defendant National Congress of Employers, Inc.. correcting NOTICE OF MOTION AND MOTION to Dismiss Defendant National Congress of Employers, Inc. NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 (Attachments: # 1 Exhibit A)(Nair, Keshav) (Entered: 12/14/2021) |
| 12/14/2021 | 63 | MINUTES OF Status Conference held before Judge David O. Carter: The parties stipulate to move forward on January 31, 2022 with the Motion to Dismiss hearing. Court Reporter: Court Smart. (twdb) (Entered: 01/26/2022) |
| 01/10/2022 | 57 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 32 filed by Plaintiff Paul Sapan. (Reichman, Christopher) (Entered: 01/10/2022) |
| 01/10/2022 | 58 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss Defendant Benefytt Technologies, Inc. *Defendant Benefytt Technologies, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's First Amended Class Action Complaint* 35 filed by Plaintiff Paul Sapan. (Reichman, Christopher) (Entered: 01/10/2022) |
| 01/10/2022 | 59 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss Defendant National Congress of Employers, Inc. NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Plaintiff Paul Sapan. (Reichman, Christopher) (Entered: 01/10/2022) |
| 01/14/2022 | 60 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 32 filed by Defendant Donisi Jax, Inc.. (Attachments: # 1 Declaration of Evan Jaxtheimer)(Meeker, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 61 | REPLY in Support of NOTICE OF MOTION AND MOTION to Dismiss Defendant Benefytt Technologies, Inc. *Defendant Benefytt Technologies, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's First Amended Class Action Complaint* 35 filed by Defendant Benefytt Technologies, Inc.. (Roth, Michael) (Entered: 01/14/2022) |
| 01/18/2022 | 62 | REPLY in Support of NOTICE OF MOTION AND MOTION to Dismiss Defendant National Congress of Employers, Inc. NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendant National Congress of Employers, Inc.. (Nair, Keshav) (Entered: 01/18/2022) |
| 01/28/2022 | 64 | REQUEST for Leave of Chris Sabatella to Appear for Remotely by Zoom filed by Defendant National Congress of Employers, Inc.. Request set for hearing on 1/31/2022 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Declaration Declaration of Keshav S. Nair, Esq., # 2 Proposed Order) (Nair, Keshav) (Entered: 01/28/2022) |
| 01/28/2022 | 66 | ORDER by Judge David O. Carter, Granting Defendant National Congress of Employers, Inc.'s REQUEST to Appear for Remotely by Zoom at Motion Hearing for Out−of−State Party Representative, Chris Sabatella 64 . (twdb) (Entered: 01/31/2022) |
| 01/30/2022 | 65 | SCHEDULING NOTICE TEXT ONLY ENTRY by Judge David O. Carter. ORDER granting the Request for Leave of Chris Sabatella to Appear for Remotely by Zoom filed by Defendant National Congress of Employers, Inc. 64 . Zoom info is posted at www.cacd.uscourts.gov/davidocarter. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 01/30/2022) |
| 01/31/2022 | 67 | |

| | | |
|---|---|---|
| | | MINUTES OF Motion Hearing (Held and Completed) before Judge David O. Carter: The Court hears argument on Defendants' Motions. The Court's final order will issue. Court Reporter: Debbie Gale. (twdb) (Entered: 02/01/2022) |
| 02/01/2022 | 68 | MINUTE ORDER (IN CHAMBERS) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS by Judge David O. Carter. The Court GRANTS Defendants Motion and TRANSFERS the entirety of this case to the Southern District of California before Judge William Q. Hayes where the related case Moser v. Health Insurance Innovations, Inc., Case No. 3:17–cv–1127 is already being heard. SEE DOCUMENT FOR FURTHER INFORMATION. (MD JS–6. Case Terminated.) (twdb) (Entered: 02/02/2022) |
| 02/01/2022 | 69 | FOR COURT USE ONLY: STATISTICAL CORRECTION MINUTES (IN CHAMBERS) by Judge David O. Carter: granting 35 MOTION to Dismiss. (twdb) (Entered: 02/02/2022) |