| | |
|---|---|
| 1 | Michael D. Roth (Bar No. 217464) |
| 2 | **KING & SPALDING LLP**<br>633 West Fifth Street, Suite 1600 |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 443-4355 |
| 4 | Facsimile: (213) 443-4310<br>mshortnacy@kslaw.com |
| 5 | Anne M. Voigts (Bar No. 220783) |
| 6 | **KING & SPALDING LLP**<br>601 S. California Avenue, Suite 100 |
| 7 | Palo Alto, CA 94304<br>Telephone: (650) 422-6700 |
| 8 | Facsimile: (650) 422-6800<br>avoigts@kslaw.com |
| 9 | David L Balser (admitted *pro hac vice*) |
| 10 | Zachary A. McEntyre (admitted *pro hac vice*)<br>Danielle Chattin (admitted *pro hac vice*) |
| 11 | **KING & SPALDING LLP**<br>1180 Peachtree Street NE |
| 12 | Atlanta, GA 30309<br>Telephone: (404) 572-4600 |
| 13 | Facsimile: (404) 572-5100<br>dbalser@kslaw.com |
| 14 | zmcentyre@kslaw.com<br>dchattin@kslaw.com |
| 15 | Counsel for Defendant Benefytt Technologies, Inc. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BENEFYTT TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 22-cv-00150-BTM-WVG<br><br>**NOTICE OF APPEARANCE OF ANNE M. VOIGTS ON BEHALF OF DEFENDANT BENEFYTT TECHNOLOGIES, INC.** |

NOTICE OF APPEARANCE OF ANNE M. VOIGTS

**TO THE COURT AND ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Anne M. Voigts, a member of the bar of this Court in good standing, hereby enters her appearance in this action as counsel on behalf of Defendant Benefytt Technologies, Inc. The undersigned requests that all notices, orders and/or other information in this case be served upon her at the address below:

> Anne M. Voigts (SBN 220783)
> KING & SPALDING LLP
> avoigts@kslaw.com
> 601 South California Avenue, Suite 100
> Palo Alto, CA 94304
> Telephone: (650) 422-6700
> Facsimile: (650) 422-6800

DATED: February 9, 2022                    Respectfully submitted,

>  /s/ Anne M. Voigts
> Anne M. Voigts
>
> Anne M. Voigts (Bar No. 220783)
> KING &SPALDING LLP
> 601 South California Ave., Suite 100
> Palo Alto, CA 94304
> avoigts@kslaw.com
>
> Michael D. Roth (Bar. No. 217464)
> KING & SPALDING LLP
> 633 West 5th Street, Suite 1600
> Los Angeles, CA 90071
> mroth@kslaw.com
>
> David L. Balser*
> Zachary A. McEntyre*
> Danielle Chattin*
> KING & SPALDING LLP
> 1180 Peachtree Street, NE
> Suite 1600
> Atlanta, GA 30309-3521

1

NOTICE OF APPEARANCE OF ANNE M. VOIGTS

| | |
|---|---|
| 1 | dbalser@kslaw.com |
| 2 | zmcentyre@kslaw.com |
|   | dchattin@kslaw.com |
| 3 | |
| 4 | *Admitted Pro Hac Vice* |
| 5 | *Attorneys for Defendant Benefytt Technologies, Inc.* |