Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-683-7971
chrisr@prato-reichman.com
justinp@prato-reichman.com

Attorneys for Class and Named Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>  vs.<br><br>BENEFYTT TECHNOLOGIES, INC. f/k/a HEALTH INSURANCE INNOVATIONS, INC., a Delaware Corporation, NATIONAL CONGRESS OF EMPLOYERS, INC., a Delaware Corporation, DONISI JAX, INC. a/k/a NATIONWIDE HEALTH ADVISORS, a Florida Corporation, HELPING HAND HEALTH GROUP, INC., a Florida Corporation,<br><br>        Defendants. | Case No.: 3:22-cv-00150-WQH-KSC<br><br>(Former CACD Case No.: 8:21-cv-0783-DOC-JDE)<br><br>**NOTICE OF SETTLEMENT** |

Comes now Plaintiff PAUL SAPAN, to notify the Court that the parties have reached settlement of the material issues in dispute in the above captioned case and plan file a Joint Motion To Dismiss The Entire Case With Prejudice within sixty (60) days from today. The Parties request that all other matters be taken off calendar during this time. The Parties will file a request for dismissal with prejudice upon final settlement.

DATED: September 7, 2022                    **PRATO & REICHMAN, APC**

                                                                                      _/s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
Prato & Reichman APC
Attorneys for Plaintiff
PAUL SAPAN