Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-683-7971
chrisr@prato-reichman.com
justinp@prato-reichman.com

Attorneys for Class and Named Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>BENEFYTT TECHNOLOGIES, INC. f/k/a HEALTH INSURANCE INNOVATIONS, INC., a Delaware Corporation, NATIONAL CONGRESS OF EMPLOYERS, INC., a Delaware Corporation, DONISI JAX, INC. a/k/a NATIONWIDE HEALTH ADVISORS, a Florida Corporation, HELPING HAND HEALTH GROUP, INC., a Florida Corporation,<br><br>　　　　Defendants. | Case No.: 3:22-cv-00150-WQH-KSC<br><br>(Former CACD Case No.: 8:21-cv-0783-DOC-JDE)<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Joint Motion to Dismiss

## MOTION TO DISMISS

In accordance with Federal Rule of Civil Procedure 41(a)(ii), and in consideration of, and consistent with the terms of their Settlement Agreement and Release, Plaintiff, PAUL SAPAN, and Defendants, BENEFYTT TECHNOLOGIES, INC. f/k/a HEALTH INSURANCE INNOVATIONS, INC., NATIONAL CONGRESS OF EMPLOYERS, INC., and DONISI JAX, INC. a/k/a NATIONWIDE HEALTH ADVISORS, now jointly move the Court to dismiss this case in its entirety and **with prejudice**. Each party agrees to bear their own attorneys' fees, costs, and expenses.

Respectfully submitted,

DATE: 12/15/2022

**PRATO & REICHMAN, APC**
By: */s/ Justin Prato*
Justin Prato Esq.
Attorneys for Plaintiff

DATE: 12/15/2022

**KING & SPALDING LLP**
By: */s/ Danielle Chattin*
Danielle Chattin
Attorneys for Defendant
Benefytt Technologies, Inc.

DATE: 12/15/2022

**NOSSAMAN LLP**
By: */s/ Jennifer L. Meeker*
Jennifer L. Meeker
Attorneys for Defendant
Donisi Jax Inc.

DATE: 12/15/2022

**HEGELER & ANDERSON, A.P.C.**
By: */s/ Storm P. Anderson*
Storm P. Anderson
Attorneys for Defendant
National Congress of Employers

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the U.S. District Court for the Southern District of California, I certify that the content of this document is acceptable to Danielle Chattin, Jennifer L. Meeker, Storm P. Anderson the counsels for the Defendants, and that I have obtained heir authorization to affix their electronic signatures to this document.

        /s/ Justin Prato
By: Justin Prato Esq..
**Prato & Reichman, APC**
Attorneys for Plaintiff