# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC. et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-150-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

　　Pursuant to the parties' Joint Motion to Dismiss (ECF No. 80) under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

　　IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses. The Clerk of the Court shall close the case.

Dated: December 20, 2022

　　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　United States District Court